UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>John A. Marculitis,<br>        Debtor. | CHAPTER 13<br>CASE NO. 09-40482-JBR |

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that HARMON LAW OFFICES, P.C. appears for Wells Fargo Bank, NA to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

        Respectfully submitted,

        Wells Fargo Bank, NA ,

        By its Attorney

        /s/ A. Rebecca Murray
        A. Rebecca Murray, Esq.
        For Wells Fargo Bank, NA
        BBO660312
        HARMON LAW OFFICES, P.C.
        P.O. Box 610345
        Newton Highlands, MA 02461-0345
        781 292-3900
        617-243-4049 (fax)
        rthyresson@harmonlaw.com

Dated: February 26, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

IN RE:

John A. Marculitis

CHAPTER 13
CASE NO. 09-40482-JBR

CERTIFICATE OF SERVICE

I, A. Rebecca Murray, Esq. , state that on February   26  , 2009, I electronically filed the foregoing Notice of Appearance with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Richard King, Esq., Assistant U.S. Trustee
Denise M. Pappalardo, Esq., Trustee

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ A. Rebecca Murray
A. Rebecca Murray, Esq.
BBO# 660312

John A. Marculitis
5 South Barn Road
Hopkinton, MA 01748

PRO SE

ART//200902-2555/Marculitis, John

2