UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>John A. Marculitis,<br><br>        Debtor. | CHAPTER 13<br>CASE NO. 09-40482-JBR |

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that HARMON LAW OFFICES, P.C. appears for National City Real Estate Services LLC to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully submitted,
National City Real Estate Services LLC,
By its Attorney


/s/ Rian K. Vernon
Rian K. Vernon, Esquire
For National City Real Estate Services LLC
BBO# 662635
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781-292-3900
617-243-4049 (fax)
mabk@harmonlaw.com

Dated: March 5, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

IN RE:

John A. Marculitis

CHAPTER 13
CASE NO. 09-40482-JBR

CERTIFICATE OF SERVICE

      I, Rian K. Vernon, Esquire , state that on March 5, 2009, I electronically filed the foregoing Notice of Appearance with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of the U.S. Trustee
Denise M. Pappalardo, Esquire, Chapter 13 Trustee

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

      /s/ Rian K. Vernon
      Rian K. Vernon, Esquire
      BBO# 662635

John A. Marculitis
5 South Barn Rd
Hopkinton, MA 01748

RKK//200809-1744/Marculitis, John

200809-1744                BKR

/Certificate of Service - Generic/Marculitis, John