# U.S. Bankruptcy Court
## District of Massachusetts

In Re:  

John A. Marculitis

Debtor

Case No: 09-40482  
Chapter 13

## Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 2/18/2009, the Debtor having failed to file all the required documents timely, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: March 12, 2009

*Joel B. Rosenthal*

_____
Bankruptcy Judge

c:  Debtor  
    Debtor's counsel  
    Trustee